IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

GEDT YONAS, A# 221-388-039                                    PETITIONER

v.                                          CIVIL NO. 5:26-cv-273-DCB-BWR


WARDEN R. VERGARA                                            RESPONDENT

<u>ORDER</u>

This matter is before the Court on pro se Petitioner Gedt Yonas's (Petitioner's),

Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241.[1]  Petitioner is an immigration

detainee currently housed at the Adams County Correctional Center in Natchez,

Mississippi.

Petitioner names R. Vergara, the Warden of the Adams County Correctional Center,

and others as Respondents.  When a habeas petitioner challenges his present physical

custody, "the proper respondent is the warden of the facility where the [petitioner] is being

held, not the Attorney General or some other remote supervisory official." *Rumsfeld v.

Padilla*, 542 U.S. 426, 435 (2004).  After initial review of Petitioner's filings, the Court finds

that the proper Respondent is R. Vergara, Warden of Adams County Correctional Center

and Petitioner shall supply additional information.

**IT IS THEREFORE ORDERED** that the Clerk of Court is directed to edit the

docket to reflect that the sole Respondent is R. Vergara, Warden Adams County

Correctional Center.

**IT IS FURTHER ORDERED** that on or before May 5, 2026, Petitioner shall file a

written response to state the country of Petitioner's birth.

---

[1] Petitioner paid the filing fee.

The Court warns Petitioner that his failure to timely comply with any Order of this Court or his failure to keep this Court informed of his current address will result in the dismissal of this case.

**SO ORDERED**, this the 15th day of April, 2026.

_s/ Bradley W. Rath_

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE